United States District Court
Western District of Missouri

REC'D MAY 11 2020

United States of America
Plaintiff

Case Number
6:18-CR-03042-SRB

v.

Lucian Robinson
Defendant, Pro Se

## Motion for Appointment of Counsel

Due to the complexities of the issue(s) presented in the previously filed Emergency Motion for Home Confinement; the fact that the prison has been in a perpetual lock-down for five weeks which is expected to last until the fall; that the prison's law library is completely closed down and there is virtually no access to legal resources; and that the impending doom of COVID-19 injury or death is psychologically taxing this defendant-I ask that this honorable court appoint counsel to further litigate this matter for proper presentation to this court.

## Verification

I have read the foregoing Motion for Appointment of Counsel and hereby verify that the matters alleged herein are true, except to the matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 1st day of May, 2020.

*Lucian Robinson*
Defendant, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion for Appointment of Counsel was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 1st day of May, 2020 to:

This defendant asks that this court's clerk serve all other interested parties by electronic notification and to provide him with a stamped and filed copy of this motion.

*Lucian Robinson*
Defendant, Pro Se