IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

REC'D JUL 13 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-cr-03042-02-SRB |
| | ) | |
| LUCIAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ATTACHMENTS FOR MOTION FOR RECONSIDERATION

COMES NOW, Lucian Robinson, pro-se Petitioner, is hereby attaching the Request to Staff (Electronic Messaging-TRULINCS), as proof of exhaustion of administrative remedies and Petitioner's Prison Medical Records, showing that his health conditions and the COVID-19 pandemic, coupled with the prison's conditions present the extraordinary and compelling reasons to reduce or modify Petitioner's sentence. This Motion For Reconsideration is for the Motion for Compassionate Release (Doc. #212) and pro se Motion for Appointment of Counsel (Doc. #213), that this Honorable Court denied on June 18, 2020. (See: Attachment A-Copy of Electronic Message (Request to Staff and Petitioner's Prison Medical Records).

Signed and Dated this 5th day of July, 2020.

Respectfully submitted,

*Lucian Robinson*

Lucian Robinson
Federal Reg. #33132-045
Federal Correctional Complex-LOW
P.O. BOX 9000
Forrest City, Arkansas 72336

## CERTIFICATE OF SERVICE BY MAIL

I, Lucian Robinson, certify that on this 5th day of July, 2020, that I sent first class postage prepaid, or other delivery charges prepaid, by depositing said documents herein listed with prison authorities of the Federal Correctional Complex-LOW at Forrest City, Arkansas for mailing through the U.S. Postal Ser-

vice, of the foregoing:

ATTACHMENTS FOR MOTION FOR RECONSIDERATION

requesting the Clerk of the Court @ THE UNITED STATES DISTRICT COURT FOR THE WESTERN

DISTRICT OF MISSOURI, SOUTHERN DIVISION, 1400 U.S. Courthouse, 222 John Q. Hammons

Way, Springfield, Missouri 65806, to send e-mail notification of such filing to the

following attorney of record using the CM/ECF system, sending a filed stamped copy

to the Plaintiff for his/her records:     USPS TRACKING #   **9114 9023 0722 4151 2139 86**
                                          & CUSTOMER        For Tracking or inquiries go to USPS.com
                                          RECEIPT           or call 1-800-222-1811.

Randall D. Eggert
randy.eggert@usdoj.gov
Case View.ECF@usdoj.gov

Signed and Dated this 5ᵗʰ _____ day of July, 2020.

Lucian Robinson
Federal Reg. #33132-045
Federal Correctional Complex-LOW
P.O. BOX 9000
Forrest City, Arkansas 72336

-2-