ATTACHMENT A

TO: District Clerk of the    June 8th, 2020
Court for the Western
District of Missiour

From: Lucian Robinson - Pro Se
Reg # 33132-045

Docket # 6:18 CR 03042 SRB

RE: Copy of Request to Warden Hendrix

Dear Clerk of the Court;
I would like to submit this document to
supplement the motion filed PRO SE for Compassionat
release on 5-12-20 in above named docket CASE.
I would also like to petition this court to
appoint me counsel in the above entitled matter
as are on lock down here at FCC Forrest City Lo
and are without any access to any legal
materials, copies, etc.
Please forward a copy of this motion/
request/Submission to All interested parties

Respectfully Submitted , Lucian Robinson
Lucian Robinson                33132-045
                              Forrest City, AR.
                              72336

**From:** ^!"ROBINSON, ^!LUCIAN" <33132045@inmatemessage.com>
**To:**
**Date:** 4/10/2020 6:34 PM
**Subject:** ***Request to Staff*** ROBINSON, LUCIAN, Reg# 33132045, FOR-H-C

To: Warden DeWayne Hendrix
Inmate Work Assignment: Unassigned

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
0969d02c-3265-4809-9c1c-0c6a8a78c62a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Warden Hendrix,

Please accept this memorandum as my formal request to be granted home confinement as authorized under the FIRST STEP ACT and the CARES ACT. Accordingly, this request is made to exhaust the 30 day notification to you to evaluate my eligibility using the risk assessment analysis and PATTERN score along with my prison programming history. I am particularly susceptible to contracting the COVID-19 virus as I have medical conditions which the Centers for Disease Control (CDC) has identified as high-risk. These conditions include: I am 62 years old, have high blood pressure, prostate enlargement, and have a family history of diabetes and heart attacks. I fear that under the current conditions of confinement, I will contract the deadly virus from which I will be unable to recover due to my high-risk factors. Recently, the CARES ACT under section 12003(c)(2) has authorized the Attorney General to utilize this program when the COVID-19 virus seriously affects the operations of the Bureau of Prisons. It has. I am housed in a Unit where at least 8 persons have been taken out with symptoms of the virus and I am unable to maintain proper social distancing from others, there are only several sinks, toilets, urinals, and showers available for the community of over 100 inmates of whom I am unable to avoid. Thank you for your prompt attention to this important matter. I look forward to hearing from you soon.

Lucian Robinson
#33132045
P.O. Box 9000-Low
Forrest City, Arkansas 72336

HC

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROBINSON, LUCIAN | | Reg #: 33132-045 |
| Date of Birth: 03/27/1958 | Sex: M    Race: BLACK | Facility: FOR |
| Encounter Date: 06/16/2020 14:34 | Provider: Wingo, Michelle PA-C | Unit: H12 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** Ears/Hearing Problem

**Subjective:** c/o left ear hurting x 1 week. no drainage. "hurts to touch".

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 06/16/2020 14:35 |
| **Location:** | Ear-Left |
| **Quality of Pain:** | Tender |
| **Pain Scale:** | 6 |
| **Intervention:** | see treatment |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Weeks |
| **Duration:** | 1-2 Weeks |
| **Exacerbating Factors:** | none |
| **Relieving Factors:** | none |
| **Reason Not Done:** | |
| **Comments:** | |

**COMPLAINT 2**    **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** HYPERTENSION

**Subjective:** inmate requesting BP f/u. no CP or SOB. currently taking Doxazosin. states taking as directed.

**Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/16/2020 | 14:34 FOX | 98.9 | 37.2 | | Wingo, Michelle PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/16/2020 | 14:34 FOX | 97 | | | Wingo, Michelle PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/16/2020 | 14:34 FOX | 144/82 | | | | Wingo, Michelle PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

Case 6:18-cr-03042-SRB    Document 237-1    Filed 07/16/20    Page 4 of 58

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 06/16/2020 | 14:34 FOX | 99 | Room Air | Wingo, Michelle PA-C |

## Exam:

### General

#### Affect

Yes: Pleasant, Cooperative

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

### Head

#### General

Yes: Atraumatic/Normocephalic

### Ears

#### Tympanic Membrane

Yes: Within Normal Limits

#### Canal

Yes: Within Normal Limits

#### External Ear

Yes: Within Normal Limits

### Neck

#### Vascular

No: Carotid Bruits

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

### Cardiovascular

#### Auscultation

Yes: Regular Rate and Rhythm (RRR)

### Musculoskeletal

#### Gait

Yes: Normal Gait

## Exam Comments

normal gait.  sit to stand without difficulty.  no limp appreciated.

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Other:

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 5 of 58

no findings on ear exam.  instructed to report any new or worsening findings to medical sick call.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/16/2020 | Counseling | Access to Care | Wingo, Michelle | Verbalizes Understanding |
| 06/16/2020 | Counseling | Plan of Care | Wingo, Michelle | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Wingo, Michelle PA-C on 06/16/2020 14:38

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M    Race: BLACK | Facility: | FOR |
| Note Date: | 05/22/2020 16:19 | Provider: | Ross, Tara RN/SCRO | Unit: | H12 |

Admin Note - Orders encounter performed at Telehealth.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Ross, Tara RN/SCRO
  Asymptomatic inmate being tested for COVID-19 as part of surveillance testing on unit.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 05/22/2020 00:00 | Today |

  **Lab personnel verbally notified of a priority order of Today or Stat**

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Ross, Tara RN/SCRO on 05/22/2020 16:20
Requested to be cosigned by  Grullon-Mejia, Jeanette MD.
Cosign documentation will be displayed on the following page.

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 7 of 58

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/22/2020 16:19 | Provider: | Ross, Tara RN/SCRO | Facility: | FOR |

**Cosigned by Grullon-Mejia, Jeanette MD on 05/22/2020 16:37.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ROBINSON, LUCIAN | | | | Reg #: 33132-045 |
| Date of Birth: 03/27/1958 | | Sex: M | Race: BLACK | Facility: FOR |
| Encounter Date: 05/15/2020 09:41 | | Provider: Wingo, Michelle PA-C | | Unit: H12 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** HYPERTENSION

**Subjective:** f/u BP. currently taking Doxazosin. reports taking as directed. BP elevated at last visit with APP in april 2020. no CP or SOB.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/15/2020 | 09:43 FOX | 98.4 | 36.9 | | Wingo, Michelle PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/15/2020 | 09:43 FOX | 91 | | | Wingo, Michelle PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/15/2020 | 09:43 FOX | 124/78 | | | | Wingo, Michelle PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/15/2020 | 09:43 FOX | 97 | Room Air | Wingo, Michelle PA-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Exam Comments**

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 9 of 58

normal gait. sit to stand without difficulty. no limp appreciated.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/15/2020 | Counseling | Access to Care | Wingo, Michelle | Verbalizes Understanding |
| 05/15/2020 | Counseling | Plan of Care | Wingo, Michelle | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Wingo, Michelle PA-C on 05/15/2020 09:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: ROBINSON, LUCIAN | | |
|---|---|---|
| Date of Birth: 03/27/1958 | Sex: M   Race: BLACK | Reg #: 33132-045 |
| Encounter Date: 04/03/2020 15:13 | Provider: Wingo, Michelle PA-C | Facility: FOR |
| | | Unit: H12 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** GENERAL

**Subjective:** inmate with sick call placed this am reporting cough, HA, and chest congestion x 1 month. upon arrival to medical, inmate states "I feel fine. I was just trying to get my medication". h/o BPH and taking Doxazosin. last filled in October 2019. no CP, SOB, N/V/D, current cough.

**Pain:** No

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 15:15 FOX | 98.0 | 36.7 | | Wingo, Michelle PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 15:15 FOX | 81 | | | Wingo, Michelle PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/03/2020 | 15:15 FOX | 167/100 | | | | Wingo, Michelle PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/03/2020 | 15:15 FOX | 97 | Room Air | Wingo, Michelle PA-C |

### Exam:
#### General
##### Affect
Yes: Pleasant, Cooperative
##### Appearance
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed
#### Head
##### General
Yes: Atraumatic/Normocephalic
#### Ears
##### Tympanic Membrane
Yes: Within Normal Limits
##### Canal
Yes: Within Normal Limits
##### External Ear
Yes: Within Normal Limits
#### Pulmonary

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 11 of 58

## Exam:

### Auscultation
  Yes: Clear to Auscultation
  No: Crackles, Rhonchi, Wheezing
### Cardiovascular
### Auscultation
  Yes: Regular Rate and Rhythm (RRR)
### Musculoskeletal
### Gait
  Yes: Normal Gait

### Exam Comments

normal gait.  sit to stand without difficulty.  no limp appreciated.

DRE deferred. no chaperone for exam.

## ASSESSMENT:

Acute upper respiratory infection, unspecified, J069 - Resolved

Enlarged prostate with lower urinary tract symptoms (BPH), N401 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 435911-FOX | Doxazosin 4 MG Tab | 04/03/2020 15:13 |

**Prescriber Order:** Take two tablets (8 MG) by mouth each day ***note increased dose*** x 180 day(s)

**Indication:** Enlarged prostate with lower urinary tract symptoms (BPH)

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 04/17/2020 00:00 | MLP 01 |
| f/u BP | | |

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Other:

inmate reports no previous h/o BP elevation despite elevated reading today.  "I've always just taken the Doxazosin".
medication refilled today.
placed on scheduler for BP check.

no isolation at this time.  no current sx reported.  negative exam.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2020 | Counseling | Access to Care | Wingo, Michelle | Verbalizes Understanding |
| 04/03/2020 | Counseling | Plan of Care | Wingo, Michelle | Verbalizes Understanding |

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M    Race: BLACK | Facility: | FOR |
| Encounter Date: | 04/03/2020 15:13 | Provider: | Wingo, Michelle PA-C | Unit: | H12 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**    No

Completed by Wingo, Michelle PA-C on 04/03/2020 15:20

Requested to be cosigned by  Kapur, Hari MD.

Cosign documentation will be displayed on the following page.

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/03/2020 15:13 | Provider: | Wingo, Michelle PA-C | Facility: | FOR |

**Cosigned by Kapur, Hari MD on 04/03/2020 15:28.**

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:** 33132-045     **Inmate Name:** ROBINSON, LUCIAN

| Admin: | Location | Provider |
|---|---|---|
| 06/16/2020 12:22 | Left Forearm | Phillips, Sheryl RN/IDC/IOP |
| **Orig Entered:** 06/16/2020 13:23 EST | | Phillips, Sheryl RN/IDC/IOP |
| 07/03/2019 14:28 | Left Forearm | Halk, C. RN |
| **Orig Entered:** 07/03/2019 15:31 EST | | Halk, C. RN |

| Reading: | Induration | Provider |
|---|---|---|
| 06/18/2020 09:35 | 0 mm | Phillips, Sheryl RN/IDC/IOP |
| **Orig Entered:** 06/18/2020 10:36 EST | | Phillips, Sheryl RN/IDC/IOP |
| 07/05/2019 09:28 | 0 mm | Phillips, Sheryl RN/IDC/IOP |
| **Orig Entered:** 07/05/2019 10:28 EST | | Phillips, Sheryl RN/IDC/IOP |

**Total:** 2

**Bureau of Prisons**
**Health Services**
**Devices and Equipment**

| Start Date: | 01/01/2020 | Stop Date: | 07/02/2020 |
| Reg #: | 33132-045 | Inmate Name: | ROBINSON, LUCIAN |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Eye Glasses | 07/03/2019 | | | Personal | |
| 07/03/2019 15:34 EST  Halk, C. RN | | | | | |

**Total: 1**

Generated 07/02/2020 10:01 by Halk, Jessica HIT

Bureau of Prisons - FOR

**Bureau of Prisons**
**Health Services**
**Pain Management**

| | |
|---|---|
| Begin Date: 01/01/2020 | End Date: 07/02/2020 |
| Reg #: 33132-045 | Inmate Name: ROBINSON, LUCIAN |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 06/16/2020 14:35 FOX see treatment | | Tender | Ear-Left | 6 | | Wingo, Michelle PA-C |
| Orig Entered: 06/16/2020 15:36 EST Wingo, Michelle PA-C | | | | | | |

# Bureau of Prisons
## Health Services
## Allergies

| Reg #: 33132-045 | Inmate Name: ROBINSON, LUCIAN |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 07/03/2019 | |

**Orig Entered:** 07/03/2019 15:29 EST  Halk, C. RN

**Total:** 1

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 33132-045                    Inmate Name: ROBINSON, LUCIAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Essential (primary) hypertension<br>05/15/2020 10:52 EST  Wingo, Michelle PA-C | | ICD-10 | I10 | 05/15/2020 | Current | |
| Enlarged prostate with lower urinary tract symptoms (BPH)<br>07/10/2019 15:33 EST  Wingo, Michelle PA-C | | ICD-10 | N401 | 07/10/2019 | Current | |
| Coronavirus COVID-19 test negative<br>05/27/2020 13:17 EST  Grullon-Mejia, Jeanette MD | | ICD-10 | Z03818- | 05/27/2020 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Acute upper respiratory infection, unspecified<br>04/03/2020 16:18 EST  Wingo, Michelle PA-C<br>09/12/2019 09:48 EST  Wingo, Michelle PA-C | | ICD-10<br>ICD-10 | J069<br>J069 | 09/12/2020<br>09/12/2019 | Resolved<br>Current | 04/03/2020 |

**Total:  4**

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 19 of 58

**Bureau of Prisons**
**Health Services**
**Immunizations**

Begin Date:    01/01/2020                    End Date:    07/02/2020
Reg #:    33132-045                          Inmate Name:  ROBINSON, LUCIAN

| Immunization | Immunization Date | Administered | Location | Dosage Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|
| Influenza - Immunization Quadrivalent | 01/24/2020 | Refused | | | | |

Orig Entered: 01/24/2020 16:19 EST   Phillips, Sheryl RN/IDC/IOP

Total: 1

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 20 of 58

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | FOX--FORREST CITY FCC | Begin Date: | 01/01/2020 | End Date: | 07/02/2020 |
| Inmate: | ROBINSON, LUCIAN | Reg #: | 33132-045 | Quarter: | H12-175L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Doxazosin 4 MG Tab

Take two tablets (8 MG) by mouth each day ***note increased dose***

**Rx#:** 435911-FOX    **Doctor:** Obi-Okoye, Nwannem MD

**Start:** 07/11/19    **Exp:** 01/07/20    **Pharmacy Dispensings:** 240 TAB in 357 days

Doxazosin 4 MG Tab

Take two tablets (8 MG) by mouth each day

**Rx#:** 459235-FOX    **Doctor:** Kapur, Hari MD

**Start:** 04/06/20    **Exp:** 10/03/20    **Pharmacy Dispensings:** 180 TAB in 87 days



| Patient Name: **ROBINSON, LUCIAN** | CDC Case ID: **9855** | CDC Case Name: **COVID19_3001985857** |
|---|---|---|
| Sex: **Male**     Birthdate: **3/27/1958** | Age: **None Provided** | CDC Patient ID: **PID02915621** |

### Public Health / International Submitters

AR Dept. of Health-Public Health Lab
201 S. Monroe
Little Rock, Arkansas 72205
United States

Phone: 1-501-661-2490 Ext:
Fax: 1-501-280-4050

Email: ADH.lab@arkansas.gov

POC: Dr. Glen Baker MD

### Submitted Specimens

| CDC Specimen ID | Submitter Case ID | Submitter Patient ID | Submitter Alt. Patient ID | Submitter Specimen ID | Submitter Alt. Specimen ID |
|---|---|---|---|---|---|
| 3001985857 | | AR00012875 | 33132-045 | | |

**Date of Disease Onset:** None Provided          **Submitter Clinical Diagnosis:** None Provided

**Date Reported:** 5/15/2020

### Report Summary

- See Test Results table for patient-specific results
- A negative test does not conclusively rule out disease. A positive test indicates the presence of 2019 nCoV (SARS-CoV-2) RNA, the virus that causes coronavirus disease 2019 (COVID-19). Correlation with clinical, laboratory and epidemiological findings is recommended.
- To access current fact sheet for healthcare providers, go to https://www.fda.gov/media/134920/download
- To access current fact sheets for patients, go to https://www.fda.gov/media/134921/download

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 22 of 58



Patient Name: **ROBINSON, LUCIAN**

CDC Case ID: **9855**

CDC Case Name:
**COVID19_3001985857**

Sex: **Male**

Birthdate: **3/27/1958**

Age: **None Provided**

CDC Patient ID: **PID02915621**

**Specimens Received:**

CDC Specimen ID

3001985857

CDC Unique ID

N8KB-HYI7

SPHL Submitter
Specimen ID

SPHL Submitter
Alt. Specimen ID

Material submitted: **Original material**

Specimen source: **Nasopharyngeal swab**

Specimen source site:

Test order name: **Respiratory Virus Molecular Detection (Non-Influenza)**

Specimen collected date:
**5/13/2020**

Date sent to CDC: **5/13/2020**

Date received: **5/14/2020**

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 23 of 58

**Patient Name: ROBINSON, LUCIAN**

CDC Case ID: 9855

CDC Case Name:
**COVID19_3001985857**

Sex: **Male**

Birthdate: **3/27/1958**

Age: **None Provided**

CDC Patient ID: **PID02915621**

**Test Results**

| CDC Specimen ID | CDC Unique ID | SPHL Submitter Specimen ID | Specimen Source | Test | Interpretation |
|---|---|---|---|---|---|
| 3001985857 | N8KBHYI8 | | Nasopharyngeal swab | Real-Time RT-PCR 2019 nCoV 1 | Negative |

**Comments and Disclaimers**

1. This test is not FDA cleared or approved. This test has been authorized by the FDA on February 4, 2020 for emergency use by authorized laboratories. This test has been authorized only for the detection of 2019- Novel Coronavirus until the emergency use authorization is terminated or revoked.

Date Printed: 5/15/2020

Report Request ID: 84,817



| Patient Name: **ROBINSON, LUCIAN** | | CDC Case ID: **9855** | CDC Case Name: **COVID19_3001985857** |
|---|---|---|---|
| Sex: **Male** | Birthdate: **3/27/1958** | Age: **None Provided** | CDC Patient ID: **PID02915621** |

Approved by:   Zachary Weiner
Ph: (404) 553-8057
Fax:
E-mail: XXD7@cdc.gov

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/27/2020 10:44 | Provider: | Lab Result Receive | Facility: | FOR |

**Cosigned by Grullon-Mejia, Jeanette MD on 05/27/2020 12:17.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M    Race: BLACK | Facility: | FOR |
| Note Date: | 10/02/2019 14:01 | Provider: | Phillips, Sheryl | Unit: | H12 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Phillips, Sheryl RN/IDC/IOP
  I/M needs fecal occult blood ordered per patient care dashboards.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | | Phillips, Sheryl RN/IDC/IOP |

                    **Order Date:**        10/02/2019

**Copay Required:** No                **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Phillips, Sheryl RN/IDC/IOP on 10/02/2019 14:01
Requested to be cosigned by  Wingo, Michelle PA-C.

Cosign documentation will be displayed on the following page.

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 27 of 58

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/02/2019 14:01 | Provider: | Phillips, Sheryl | Facility: | FOR |

**Cosigned by Wingo, Michelle PA-C on 10/04/2019 09:00.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROBINSON, LUCIAN | | Reg #: 33132-045 |
| Date of Birth: 03/27/1958 | Sex: M   Race: BLACK | Facility: FOR |
| Encounter Date: 09/12/2019 08:44 | Provider: Wingo, Michelle PA-C | Unit: H12 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** Cold or Flu Symptoms

**Subjective:** inmate c/o sinus congestion, productive cough with green phlegm, sore throat and left earache. ongoing x ~1 week. no relief with OTC meds such as Tussin.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 09/12/2019 08:44 |
| **Location:** | Ear-Left |
| **Quality of Pain:** | Throbbing |
| **Pain Scale:** | 6 |
| **Intervention:** | see treatment |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Weeks |
| **Duration:** | 1-2 Weeks |
| **Exacerbating Factors:** | none |
| **Relieving Factors:** | none |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/12/2019 | 08:43 FOX | 98.8 | 37.1 | | Wingo, Michelle PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/12/2019 | 08:43 FOX | 72 | | | Wingo, Michelle PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/12/2019 | 08:43 FOX | 123/74 | | | | Wingo, Michelle PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/12/2019 | 08:43 FOX | 96 | Room Air | Wingo, Michelle PA-C |

**Exam:**

**General**

**Affect**

**Exam:**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Ears**

**Tympanic Membrane**

Yes: Bulging

No: Draining

**Canal**

Yes: Within Normal Limits

**External Ear**

Yes: Within Normal Limits

**Nose**

**General**

Yes: Nares Patent, Congestion, Inflamed Turbinates

**Face**

**Sinus/Maxilla**

Yes: Maxillary Sinus Tenderness

**Mouth**

**Pharynx**

Yes: Within Normal Limits, Sinus Drainage

No: Tonsilar Exudate, Abscess, Erythema

**Neck**

**General**

Yes: Lymphadenopathy, Lymphadenopathy-Anterior Chain

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Exam Comments**

normal gait. sit to stand without difficulty. no limp appreciated. moves to exam table without difficulty or assistance.

**ASSESSMENT:**

Acute upper respiratory infection, unspecified, J069 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Amoxicillin Capsule | 09/12/2019 08:44 | 500mg Orally  -  Two Times a Day x 7 day(s) |

Indication: Acute upper respiratory infection, unspecified

| | MethylPREDNISolone Tab 4 MG ( Dose Pack 21 tab) | 09/12/2019 08:44 | 4mg Orally  -  daily x 6 day(s) -- take as directed on package insert.  take with food |

Indication: Acute upper respiratory infection, unspecified

**Disposition:**

Follow-up at Sick Call as Needed
Return To Sick Call if Not Improved

**Other:**

advised on fluid intake and rest

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2019 | Counseling | Access to Care | Wingo, Michelle | Verbalizes Understanding |
| 09/12/2019 | Counseling | Plan of Care | Wingo, Michelle | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wingo, Michelle PA-C on 09/12/2019 08:49

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 31 of 58

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | Reg #: 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: M   Race: BLACK | Facility: FOR |
| Encounter Date: | 08/28/2019 13:27 | Provider: Wingo, Michelle PA-C | Unit: H12 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Wingo, Michelle PA-C

**Chief Complaint:** Urinary Problem

**Subjective:** f/u BPH. Doxazosin increased to 8mg at last visit with APP. tolerating dose well. states he was initially confused on dosing, so he continued to take one tablet daily. now taking as written for 2 tablets daily. reports improvement in symptoms. nocturia ~1-2x/night. states has decreased fluid intake after dinner as well to help with sx. no dysuria or hematuria. no weak stream or straining.

**Pain:** No

## OBJECTIVE:

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/28/2019 | 13:33 FOX | 97 | | | Wingo, Michelle PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/28/2019 | 13:33 FOX | 138/83 | | | | Wingo, Michelle PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/28/2019 | 13:33 FOX | 95 | Room Air | Wingo, Michelle PA-C |

### Exam:

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Musculoskeletal**

**Gait**

Yes: Normal Gait

### Exam Comments

normal gait. sit to stand without difficulty. no limp appreciated.

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 32 of 58

lab reviewed from July 2019:
PSA wnl
glucose 143
A1C 5.9
LFTs wnl
creatinine and GFR wnl
LDL 132

**ASSESSMENT:**

Enlarged prostate with lower urinary tract symptoms (BPH), N401 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

continue current Doxazosin dosing.  no changes made today.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2019 | Counseling | Access to Care | Wingo, Michelle | Verbalizes Understanding |
| 08/28/2019 | Counseling | Plan of Care | Wingo, Michelle | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Wingo, Michelle PA-C on 08/28/2019 13:38

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M    Race: BLACK | Facility: | FOR |
| Note Date: | 08/22/2019 08:03 | Provider: | Cook, Kathy RN/IDC/IOP | Unit: | H12 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Cook, Kathy RN/IDC/IOP
       Per HSD Patient Care Dashboard, this patient needs a HCV ▮▮▮▮▮▮▮

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-H-Hep C Ab | One Time | 08/29/2019 00:00 | Routine |

    ▮▮▮▮▮▮▮
    **Labs requested to be reviewed by:**    Obi-Okoye, Nwannem MD

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Cook, Kathy RN/IDC/IOP on 08/22/2019 08:04
Requested to be cosigned by  Wingo, Michelle PA-C.
Cosign documentation will be displayed on the following page.

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/22/2019 08:03 | Provider: | Cook, Kathy RN/IDC/IOP | Facility: | FOR |

**Cosigned by Wingo, Michelle PA-C on 08/22/2019 10:04.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M   Race: BLACK | Facility: | FOR |
| Encounter Date: | 08/13/2019 11:47 | Provider: | Wingo, Michelle PA-C | Unit: | H12 |

Mid Level Provider - Follow up Visit encounter at Health Services.
**Reason Not Done:** No Show

**Comments:** f/u BPH
no show for APP call out at 0900 on 8/13/19
**Cosign Required:** No
Completed by Wingo, Michelle PA-C on 08/13/2019 11:47.

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 36 of 58

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M        Race: BLACK | Facility: | FOR |
| Encounter Date: | 07/23/2019 14:11 | Provider: | Birkhead, Summer RT(R) | Unit: | H12 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**  Unavailable

**Comments:** Pt. had an 0800 x-ray call out today.  Exam will be rescheduled due to institution recall.

**Cosign Required:** No

Completed by Birkhead, Summer RT(R) on 07/23/2019 14:12.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: M Race: BLACK | Facility: | FOR |
| Encounter Date: | 07/12/2019 13:32 | Provider: Kapur, Hari MD | Unit: | H12 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Kapur, Hari MD

    **Chief Complaint:** Chronic Care Clinic

    **Subjective:**    INMATE HERE FOR 14 DAYS EVAL/CCC VISIT WITH M.D

                1.BPH. TOLERATING MEDICATION. DENIES HEMATURIA OR PRIOR SURGERY ON PROSTATE. NO H/O WT LOSS

                LAB PENDING

    **Pain:**    No

**Seen for clinic(s):** General

**Added to clinic(s):** General

**ROS:**

  **Integumentary**

    **Skin**

      Yes: Within Normal Limits

      No: Acne, Bleeding, Bruising, Dry, Eczema, Eruptions, Hives, Pruritus, Psoriasis, Rashes

  **HEENT**

    **Throat**

      Yes: Within Normal Limits

      No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

  **Cardiovascular**

    **General**

      Yes: Within Normal Limits

      No: Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea, Intermittent Claudication, Palpitation, Syncope, Hx Hypertension, Hx of Heart Disease, Hx Phlebitis, Hx of Hyperlipidemia

  **Pulmonary**

    **Respiratory System**

      Yes: Within Normal Limits

      No: Cough - Dry, Cough - Productive, DOE, Dyspnea, Hemoptysis, Hoarseness, Hx Asthma, Hx Bronchitis, Hx of COPD, Hx of Sleep Apnea, Hx Pneumonia, Hx Tuberculosis, Night Sweats, Pleurisy, Shortness of breath, Sinus discomfort/bronchial congestion&cough>2-3wks, Tobacco Use, Wheezing

  **GI**

    **General**

      Yes: Within Normal Limits, Blood in Stools

      No: Abdominal Pain or Colic, Appetite Changes, Belching, Bloating

  **GU**

    **General**

      Yes: Hesitancy, Nocturia

      No: Dysuria, Hematuria, Hx Kidney Stones, Incontinence, Infections, Urgency, Urinary Frequency, Urinary

Case 6:18-cr-03042-SRB    Document 237-1    Filed 07/16/20    Page 38 of 58

**ROS:**

      Retention

  **Musculoskeletal**

    **General**

      Yes: Within Normal Limits

      No: Arthritis

  **Neurological**

    **Cranial Nerves**

      Yes: Within Normal Limits

      No: Difficulties in Speech/Swallowing/Taste

    **Motor System**

      Yes: Within Normal Limits

      No: Abnormal Gait, Incoordination, Involuntary Movements

  **Endocrine**

    **General**

      Yes: Within Normal Limits

      No: Excessive Sweating, Exophthalmos, Goiter, Hx of Diabetes

  **Psychiatric**

    **General**

      Yes: Within Normal Limits, Anxiety-Mild

      No: Mood Impaired

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 98.2 | 36.8 | | Kapur, Hari MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 92 | | | Kapur, Hari MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 16 | Kapur, Hari MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 140/80 | | | | Kapur, Hari MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 96 | Room Air | Kapur, Hari MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/12/2019 | 13:33 FOX | 270.0 | 122.5 | | Kapur, Hari MD |

**Exam:**

  **General**

    **Appearance**

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 39 of 58

## Exam:

Yes: Alert and Oriented x 3

No: Cachectic, Jaundiced, Lethargic, Dyspneic, Pallor, Cyanotic, Diaphoretic, Acutely Ill

### Skin

#### Color

Yes: Within Normal Limits

No: Cyanosis, Jaundiced, Hypopigmentation, Hyperpigmentation

### Mouth

#### Pharynx

Yes: Within Normal Limits, Uvula Midline

No: Inflammation, Tonsilar Exudate, Abscess, Erythema

### Neck

#### Thyroid

Yes: Within Normal Limits

No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

No: Crackles, Rhonchi, Pleural Rub

### Cardiovascular

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

### Abdomen

#### Palpation

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

### Genitourinary

#### General

Yes: Within Normal Limits, Clear Urine

### Musculoskeletal

#### Back

Yes: Normal Exam

No: Muscle Spasm

### Neurologic

#### Cranial Nerves (CN)

Yes: Within Normal Limits, CN 2-12 Intact Grossly

#### Motor System-General

Yes: Normal Exam, Normal Muscular Bulk, Normal Muscular Tone

No: Involuntary Movements, Atrophy, Wasting, Hypertrophy

### Mental Health

#### Mood

Yes: Within Normal Limits, Appropriate

No: Sadness

### Exam comments

BMI 39.9

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 40 of 58

**ASSESSMENT:**

Enlarged prostate with lower urinary tract symptoms (BPH), N401 - Current

**PLAN:**

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Urine Dipstick | One Time | | REFLEX MICROSCOPIC IF ABNORMAL | Kapur, Hari MD |
| | **Order Date:** | 07/12/2019 | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 1 Year

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/12/2019 | Counseling | Access to Care | Kapur, Hari | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Kapur, Hari MD on 07/12/2019 13:46

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M  Race: BLACK | Facility: | FOR |
| Note Date: | 07/03/2019 15:35 | Provider: | Obi-Okoye, Nwannem | Unit: | H09 |

Cosign Note - Intake Cosign encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Obi-Okoye, Nwannem MD

This patient is assigned medical care level 2.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Obi-Okoye, Nwannem MD on 07/03/2019 15:36

# Bureau of Prisons
## Health Services
### Fecal Occult Blood

| Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|
| Reg #: | 33132-045 | Inmate Name: | ROBINSON, LUCIAN |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | | **Provider** |
|---|---|---|---|
| 11/05/2019 08:00 FOX | Refused | | Marrs, Jeremy MLT(ASCP) |

**Orig Entered:** 11/05/2019 09:01 EST   Marrs, Jeremy MLT(ASCP)

**Total:** 1

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 43 of 58

**Bureau of Prisons**
**Health Services**
**Pain Management**

Begin Date: 01/01/2019          End Date:      12/31/2019
Reg #: 33132-045                Inmate Name: ROBINSON, LUCIAN

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|------|-------------|--------------|----------|-----|------|----------|
| 09/12/2019 08:44 FOX see treatment | | Throbbing | Ear-Left | 6 | | Wingo, Michelle PA-C |

Orig Entered: 09/12/2019 09:46 EST  Wingo, Michelle PA-C

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 44 of 58

| | | | | |
|---|---|---|---|---|
| Begin Date: | 01/01/2019 | | End Date: | 12/31/2019 |
| Reg #: | 33132-045 | | Inmate Name: | ROBINSON, LUCIAN |

| <u>Date</u> | <u>Time</u> | <u>Treatment</u> | <u>Provider</u> | <u>Status</u> |
|---|---|---|---|---|
| 11/25/2019 | 14:45 FOX | EKG | Yates, L. RN | Completed |

    see 12 lead ECG Done

      **Orig Entered:** 11/25/2019 22:20 EST    Yates, L. RN

**Total:** 1

**Bureau of Prisons**
**Health Services**
**Urine Dipstick**

| | |
|---|---|
| **Begin Date:** 01/01/2019 | **End Date:** 12/31/2019 |
| **Reg #:** 33132-045 | **Inmate Name:** ROBINSON, LUCIAN |

Reference Range - Refer to local policy

| Date | Color | Appearance | Glucose | Bilirubin | Ketones | Spec. Grav. | pH | Protein | Urobilinogen | Nitrite | Blood | Leukocyte Esterase | Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2019 10:22 FOX | Amber | Clear | Negative | Negative | Negative | >1.030 | 5.0 | Negative | 0.2 | Negative | Negative | Negative | Marrs, Jeremy MLT |

Orig Entered: 08/16/2019 11:23 EST   Marrs, Jeremy MLT(ASCP)

**Total:** 1

Generated 07/02/2020 10:02 by Halk, Jessica HIT          Bureau of Prisons - FOR

**Bureau of Prisons**
**Health Services**
**Immunizations**

| Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|
| Reg #: | 33132-045 | Inmate Name: | ROBINSON, LUCIAN |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Hepatitis A and B (TwinRx) | | History Unknown | | | | | |
| **Orig Entered:** 07/10/2019 15:27 EST | Wingo, Michelle PA-C | | | | | | |
| Measles/Mumps/Rubella Series | 07/10/2019 | History Of | | | | | |
| **Orig Entered:** 07/10/2019 15:27 EST | Wingo, Michelle PA-C | | | | | | |
| Smallpox Series | | History Unknown | | | | | |
| **Orig Entered:** 07/10/2019 15:27 EST | Wingo, Michelle PA-C | | | | | | |
| Tetanus | 07/10/2019 | History Of | | | | | |
| **Orig Entered:** 07/10/2019 15:27 EST | Wingo, Michelle PA-C | | | | | | |
| Varicella Series | | History Unknown | | | | | |
| **Orig Entered:** 07/10/2019 15:27 EST | Wingo, Michelle PA-C | | | | | | |

**Total:** 5

Case 6:18-cr-03042-SRB Document 237-1 Filed 07/16/20 Page 47 of 58



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ROBINSON, LUCIAN | **Facility** FCI Forrest City Low | **Collected** 09/16/2019 06:00 |
| **Reg #** 33132-045 | **Order Unit** H12-172L | **Received** 09/17/2019 10:39 |
| **DOB** 03/27/1958 | **Provider** Michelle Wingo, PA-C | **Reported** 09/17/2019 12:15 |
| **Sex** M | | **LIS ID** 234191206 |

## HEPATITIS

| | | |
|---|---|---|
| Hep C Ab | Non-Reactive | Non-Reactive |

---

**FLAG LEGEND**  L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical



**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** ROBINSON, LUCIAN | **Facility** FCI Forrest City Low | **Collected** 09/16/2019 06:00 |
| **Reg #** 33132-045 | **Order Unit** H12-172L | **Received** 09/17/2019 10:39 |
| **DOB** 03/27/1958 | **Provider** Michelle Wingo, PA-C | **Reported** 09/17/2019 12:15 |
| **Sex** M | | **LIS ID** 234191206 |

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High    H!=High Critical    A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/17/2019 12:36 | | Provider: | Lab Result Receive | Facility: | FOR |

**Cosigned by Obi-Okoye, Nwannem MD on 09/25/2019 10:56.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/17/2019 12:36 | Provider: | Lab Result Receive | Facility: | FOR |

**Reviewed by Wingo, Michelle PA-C on 09/25/2019 14:44.**


Federal
Bureau of
Prisons

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ROBINSON, LUCIAN | **Facility** FCI Forrest City Low | **Collected** 07/22/2019 07:30 |
| **Reg #** 33132-045 | **Order Unit** H12-172L | **Received** 07/23/2019 10:10 |
| **DOB** 03/27/1958 | **Provider** Michelle Wingo, PA-C | **Reported** 07/23/2019 14:30 |
| **Sex** M | | **LIS ID** 191192728 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | H | 112 | 98-107 | mmol/L |
| CO2 | L | 20 | 21-32 | mmol/L |
| BUN | | 13 | 7-26 | mg/dL |
| Creatinine | | 0.98 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.2 | 8.4-10.2 | mg/dL |
| Glucose | H | 143 | 70-109 | mg/dL |
| AST | | 20 | 5-34 | U/L |
| ALT | | 52 | 8-55 | U/L |
| Alkaline Phosphatase | | 108 | 40-140 | U/L |
| Bilirubin, Total | | 0.8 | 0.2-1.0 | mg/dL |
| Total Protein | | 7.0 | 6.4-8.3 | g/dL |
| Albumin | | 4.0 | 3.5-5.0 | g/dL |
| Globulin | | 3.0 | | g/dL |
| Alb/Glob Ratio | | 1.33 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.4 | 5.0-30.0 | |
| Cholesterol | | 193 | <200 | mg/dL |
| Triglycerides | | 86 | <150 | mg/dL |
| HDL Cholesterol | | 43 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | H | 132 | <130 | mg/dL |
| Chol/HDL Ratio | H | 4.5 | 0.0-4.0 | |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| T4, Free | | 0.94 | 0.70-1.80 | ng/dL |
| PSA, Total | | 1.22 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

| | | | | |
|---|---|---|---|---|
| TSH | | 4.819 | 0.350-4.940 | uIU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | | 8.6 | 4.0-11.0 | K/uL |
| RBC | L | 4.25 | 4.50-6.00 | M/uL |

| **FLAG LEGEND** | L=Low | L!=Low Critical | H=High | H!=High Critical | A=Abnormal | A! =Abnormal Critical |
|---|---|---|---|---|---|---|



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ROBINSON, LUCIAN | **Facility** FCI Forrest City Low | **Collected** 07/22/2019 07:30 |
| **Reg #** 33132-045 | **Order Unit** H12-172L | **Received** 07/23/2019 10:10 |
| **DOB** 03/27/1958 | **Provider** Michelle Wingo, PA-C | **Reported** 07/23/2019 14:30 |
| **Sex** M | | **LIS ID** 191192728 |

### HEMATOLOGY

| | | | |
|---|---|---|---|
| Hemoglobin | 14.0 | 13.5-18.0 | g/dL |
| Hematocrit | 42.0 | 40.0-52.0 | % |
| MCV | 98.7 | 80.0-100.0 | fL |
| MCH | 33.0 | 25.4-34.6 | pg |
| MCHC | 33.5 | 31.0-37.0 | g/dL |
| RDW | 13.9 | 11.0-15.0 | % |
| Platelet | 232 | 150-400 | K/uL |
| MPV | 11.0 | 7.0-11.0 | fL |
| Neutrophils # | 5.4 | 1.5-7.1 | K/uL |
| Lymphocytes # | 2.6 | 0.9-3.3 | K/uL |
| Monocytes # | 0.5 | 0.3-1.1 | K/uL |
| Eosinophils # | 0.1 | 0.0-0.7 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |
| Neutrophils % | 62.6 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Lymphocytes % | 30.3 | | % |
| Monocytes % | 5.8 | | % |
| Eosinophils % | 1.2 | | % |
| Basophils % | 0.1 | | % |

### HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 5.9 | <5.7 | % |
| 5.7 - 6.4 Increased Risk | | | | |
| > 6.4 Diabetes | | | | |

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/23/2019 14:40 | Provider: | Lab Result Receive | Facility: | FOR |

**Reviewed by Wingo, Michelle PA-C on 07/23/2019 15:15.**

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/23/2019 14:40 | Provider: | Lab Result Receive | Facility: | FOR |

**Cosigned by Obi-Okoye, Nwannem MD on 07/24/2019 12:30.**



Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 56 of 58

| Inmate Name: | ROBINSON, LUCIAN | | | Reg #: | 33132-045 |
|---|---|---|---|---|---|
| Date of Birth: | 03/27/1958 | Sex: | M | Race: | BLACK |
| Scanned Date: | 11/26/2019 14:27 EST | | | Facility: | FOR |

**Reviewed by Obi-Okoye, Nwannem MD on 11/26/2019 14:20.**

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

# A&O DENTAL EXAMINATION
## (Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS



| Occlusion: | CL- Mult Missing | | |
|---|---|---|---|
| Oral Hygiene: | Good | (Fair) | Poor |
| CPITN: | X | ✓ | X |
| | 2 | 2 | X |

Head & Neck / Soft Tissue:

WNL

| D: | ∅ |
| M: | 21 |
| F: | ∅ |

Classification:

Pain Scale:

8/10

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| Dental Prostheses at Intake: | Comments: |
|---|---|
| Yes (No) Type: Age: Condition: | |

| Intra-oral Photos Taken: | Radiographs Taken: (Document findings on A&O encounter) |
|---|---|
| Yes (No) | Yes (No) |

Instructed how to obtain urgent and non-urgent dental care:  Yes ✓   No:

| Treatment Priorities: | None: | Non-urgent: ✓ | Urgent: Referred to Sick Call: |
|---|---|---|---|

| Radiographs authorized: | Prophylaxis authorized: (Yes) No |
|---|---|
| PAs: ____ BWs: ____ Panorex: ____ | (Approval valid 18 months from examination date) |

| Patient Name: Lucian Robinson | Dentist Signature: Jackson |
|---|---|
| Register Number: 33132045  Institution: FCC Forrest City, AR-Low | Date: 7/17/19  Signature Block/Stamp: N. Jackson, DDS  FCC Forrest City, AR |

Case 6:18-cr-03042-SRB   Document 237-1   Filed 07/16/20   Page 58 of 58