

FROM:

Lucian Robinson
Federal Reg. #33132-045
Federal Correctional Complex-LOW
P.O. BOX 9000
Forrest City, Arkansas 72336

RECD JUL 13 2020

TO:

Clerk of the Court
United States District Court
Western District of Missouri
1400 U.S. Courthouse
222 John Q. Hammons Way
Springfield, Missouri 65806

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRESS F

Retail

**UNITED STATES POSTAL SERVICE®**

P US POSTAGE PAID
**$0.00**

Origin: 72335
07/08/20
0432130735-09

**PRIORITY MAIL 3-DAY®**

0 Lb 11.40 Oz

1006

C062

EXPECTED DELIVERY DAY: 07/13/20

SHIP TO:
222 S JOHN Q HAMMONS PKWY
SPRINGFIELD MO 65806-2530

USPS TRACKING® NUMBER

9505 5117 9436 0190 2112 87

• When used internationally, a customs declaration label may be required.

4F Oct 2018
12 1/2 x 9 1/2

Label 400 Jan. 2013
7690-16-000-7948

**UNITED STATES POSTAL SERVICE®**

USPS TRACKING #

9114 9023 0722 4151 2139 86