IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:18-cr-03042-02-SRB |
| ) | |
| LUCIAN ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Lucian Robinson's *pro se* filing entitled Attachments for Motion for Reconsideration (Doc. #237). Defendant asks the Court to reconsider its prior Order denying Defendant's *pro se* Exigent and Emergent Motion for Reduction in Sentence under 18 U.S.C. § 3582 and *pro se* Motion for Appointment of Counsel (Doc. #226). The Court construes Defendant's filing as a motion for reconsideration. In support of the motion, Defendant filed proof of exhaustion of administrative remedies and his Bureau of Prisons medical records. Upon review of the record, the Court once again finds that Defendant's age and health conditions do not rise to the level of extraordinary and compelling circumstances warranting compassionate release. Accordingly, it is **ORDERED** that Defendant Lucian Robinson's *pro se* motion for reconsideration (Doc. #237) is denied.

**IT IS SO ORDERED.**


DATED: July 20, 2020         /s/ Stephen R. Bough
                             STEPHEN R. BOUGH, JUDGE
                             UNITED STATES DISTRICT COURT