IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-cr-03042-02-SRB |
| | ) | |
| LUCIAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Lucian Robinson's *pro se* filing entitled "Objection to Exigent and Emergent Motion Court's Denial Order" (Doc. #244). For a second time, Defendant asks the Court to reconsider its prior Order denying Defendant's *pro se* Exigent and Emergent Motion for Reduction in Sentence under 18 U.S.C. § 3582 and *pro se* Motion for Appointment of Counsel (Doc. #226). The Court construes Defendant's filing as another motion for reconsideration. For the same reasons discussed in the Court's Order denying Defendant's first-filed motion for reconsideration (Doc. #328), the instant motion for reconsideration (Doc. #244) is denied.

**IT IS SO ORDERED.**

DATED: <u>August 5, 2020</u>　　　　　　　　　/s/ Stephen R. Bough
　　　　　　　　　　　　　　　　　　　　　STEPHEN R. BOUGH, JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT